UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re Chapter 11

Jefferson Realty Partners LLC Case No. 18-44060

Debtor.
-----------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

PLEASE TAKE NOTICE, that upon the consent of the United States Trustee, the status conference in the above-captioned case scheduled for September 6, 2018 has been adjourned to September 21, 2018 at 10:00 a.m.

Dated: New York, New York
September 4, 2018

BACKENROTH FRANKEL & KRINSKY, LLP

By: s/ Mark Frankel
800 Third Avenue
New York, New York 10022
(212) 593-1100