UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| Jefferson Realty Partners LLC | Case No. 18-44060 |
| Debtor. | |

-----------------------------------------------------------x

**NOTICE OF ADJOURNMENT**

PLEASE TAKE NOTICE, that upon consent, all matters scheduled to be heard on March 19, 2020 in the above-captioned case have been adjourned to May 22, 2020 at 9:30 a.m.

Dated: New York, New York
March 18, 2020

BACKENROTH FRANKEL & KRINSKY, LLP

By: s/ Mark Frankel
800 Third Avenue
New York, New York 10022
(212) 593-1100